JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Courtney Coombs, et al.

    Plaintiffs,

vs.

Wells Fargo Bank, N.A., et al.

    Defendants.

Case No. CV-16-363-MWF(AGRx)

**JUDGMENT**

In accordance with the Order Re: Motions to Dismiss, Strike, and Declare Plaintiffs Vexatious Litigants (Docket No. 16), and pursuant to Rule 54(a) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment is entered in favor of Defendants Wells Fargo Bank, N.A., US Bank National Association as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates Series 2005-4's, and Citigroup Global Markets Realty Corp. Plaintiffs shall take nothing in this action.

Dated: May 26 ,2016

                        MICHAEL W. FITZGERALD
                        United States District Judge

1